UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.                                          Case No. 2:25-cr-132(1)

Pedro Carbajal-Olimon,              Judge Michael H. Watson

Defendant.

## ORDER

Pedro Carbajal-Olimon ("Defendant") has been indicted for conspiracy to distribute and possess with intent to distribute 400 grams or more of fentanyl and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(a)(1)(A)(vi) and (viii).  Thus, the statutory presumption in favor of detention applies in this case.  *See* 18 U.S.C. § 3142(e)(3)(a).  Furthermore, the Government represents that Defendant has no current ties to central Ohio.  *See* ECF No. 9.

On August 12, 2025, an arrest warrant was issued for Defendant. Defendant had his initial appearance in the Southern District of California on December 26, 2025.  He was ordered released.  *See* Case No. 3:25-mj-7109-DEB (S.D. Cal).  The Government subsequently moved in this Court to stay the release order pending the Court's consideration of whether Defendant should be detained pending trial.  ECF No. 9.

Upon review, the Court **ORDERS** that Defendant's release be **STAYED** until the Court has had an opportunity to review whether he should be detained pending trial.  The Court further **ORDERS** that Defendant be detained in order for the Court to conduct a review of the issue of detention.

The Government also moves to unseal the case, *see* ECF No. 9, and that request is **GRANTED**.  The Clerk shall unseal the docket in this matter accordingly.

**IT IS SO ORDERED.**

   /s/ Michael H. Watson
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**